AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   91-cr-00655-JHG |
| BCCI HOLDINGS (LUXEMBOURG), S.A., et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America                                                                                          .

Date:     03/16/2026

/s/ Laura Connelly
*Attorney's signature*

Laura Connelly (DC Bar No. 241537)
*Printed name and bar number*

1400 New York Ave., NW
Washington, DC 20005

*Address*

laura.connelly@usdoj.gov
*E-mail address*

(202) 307-1423
*Telephone number*

(202) 514-3708
*FAX number*